UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:                                                                                                      CASE: R19-41952-PWB

NICHOLAS MACK WHITE                                                                      CHAPTER 13
TARA RANA WHITE

**Debtors**

### Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

COMES NOW Mary Ida Townson, Standing Chapter 13 Trustee herein, and files this her Motion to Dismiss Case for Failure to Make Plan Payments, respectfully showing the Court the following.

1.

The Debtors filed for relief under Chapter 13 of Title 11 on August 27, 2019.

2.

The Debtors have failed to comply with the terms of the confirmed plan. As of March 30, 2021, the Debtors should have paid $17,325.00. The Debtors have paid a total of $12,750.00, causing a delinquency of $4,575.00.

WHEREFORE, the Chapter 13 Trustee requests this case be dismissed.

Dated: 4/1/2021                                                                      Respectfully submitted,

                                                                                                      _/s/_____
                                                                                                      Mary Ida Townson, Attorney
                                                                                                      Standing Chapter 13 Trustee
                                                                                                      GA Bar No. 715063
                                                                                                      285 Peachtree Center Ave, Suite 1600
                                                                                                      Atlanta, GA  30303-1229
                                                                                                      maryidat@atlch13tt.com

1

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

IN RE:                                                                                       CASE: R19-41952-PWB

NICHOLAS MACK WHITE                                                   **CHAPTER 13**
TARA RANA WHITE

**Debtors**

**Notice of Hearing on Trustee's Motion to Dismiss Case for Failure to Make Plan Payments**

    PLEASE TAKE NOTE that the Chapter 13 Trustee has filed a Motion to Dismiss Case for Failure to Make Plan Payments and related exhibits with the Court seeking an order of dismissal.

    PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **May 12, 2021** at **9:45 AM** in **Courtroom 342, Federal Building, 600 East First Street, Rome, GA 30161**.

    Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is **Clerk, U.S. Bankruptcy Court, Federal Building, 600 East First Street, Rome, GA 30161**. You must also mail a copy of your response to the undersigned at the address stated below.

    **Given the current public health crisis, hearings may be telephonic only. Please check the "[Important Information Regarding Court Operations During COVID-19 Outbreak](#)" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.**

Dated: 4/1/2021

                                                                    Respectfully submitted,

                                                                      _/s/_____
                                                                       Mary Ida Townson, Attorney
                                                                       Standing Chapter 13 Trustee
                                                                       GA Bar No. 715063

R19-41952-PWB

# CERTIFICATE OF SERVICE

    This is to certify that on this day I caused a copy of the foregoing pleading to be served via United States First Class Mail, with adequate postage thereon, on the following parties at the address shown for each:

NICHOLAS MACK WHITE
312 PETERS ST
CALHOUN, GA 30701

TARA RANA WHITE
312 PETERS ST
CALHOUN, GA  30701-2720

SAEGER & ASSOCIATES, LLC
706 South Thornton Ave., Suite D
Dalton, GA  30720

Dated: April 01, 2021

                                          Respectfully submitted,

                                          _/s/_____
                                          Mary Ida Townson, Attorney
                                          Standing Chapter 13 Trustee
                                          GA Bar No. 715063
                                          285 Peachtree Center Ave, Suite 1600
                                          Atlanta, GA  30303-1229
                                          (404) 525-1110
                                          maryidat@atlch13tt.com